# United States Bankruptcy Court
## District of Delaware

In re: __VYAIRE MEDICAL, INC., et al.__, )
                Debtors )
                                       )   Case No.: __24-11217 (BLS)__

__COVINGTON & BURLING LLP and REED SMITH LLP__, )
                Plaintiffs )   Chapter: __11__
                   v. )

__VYAIRE MEDICAL, INC. and VYAIRE HOLDING CO., as WIND-DOWN DEBTORS; DAVID M. BARSE, in his capacity as Plan Administrator of Vyaire Medical, Inc.; and JOHN DOE LIQUIDATING TRUST__, )
                Defendants         Adv. Proc. No.: __25-52381 (BLS)__

## SUMMONS AND NOTICE OF PRETRIAL CONFERENCE
## IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

> Address of Clerk:  824 N. Market Street, 3rd Floor
>                                  Wilmington, DE 19801

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

**Name and Address of Plaintiffs' Attorney**

| THE ROSNER LAW GROUP LLC | COVINGTON & BURLING LLP | REED SMITH LLP |
|---|---|---|
| Frederick B. Rosner, Esq. | Dianne F. Coffino, Esq. | Jason D. Angelo, Esq. |
| 824 N. Market St., Suite 810 | C. William Phillips, Esq. | 1201 North Market Street, Suite 1500 |
| Wilmington, DE 19801 | 30 Hudson Yards | Wilmington, DE 19801 |
| Email: rosner@teamrosner.com | New York, NY 10001-2170 | E-mail: jangelo@reedsmith.com |
| | E-mail: dcoffino@cov.com; cphillips@cov.com | |

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

| Address | Room | 6th Floor, Courtroom 1 |
|---|---|---|
| United States Bankruptcy Court | | |
| for the District of Delaware | Date and Time | |
| 824 N. Market Street | | |
| Wilmington, Delaware 19801 | February 4, 2026 at 10:00 a.m. (EST) | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

**United States Bankruptcy Court for the District of Delaware**

                                                /s/ Stephen L. Grant
                                               *Clerk of the Bankruptcy Court*

Date: __11/6/2025__